[Nos. 26255-0-II; 26265-7-II.   Division Two.   March 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOHN MADDAUS, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 99-1-01941-9, Richard A. Strophy, J., entered June 30, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[Nos. 26579-6-II; 27512-1-II.   Division Two.   March 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ARNOLD MAFNAS CRUZ, *Appellant*.

Appeals from a judgment of the Superior Court for Kitsap County, No. 00-1-00529-4, Terry K. McCluskey and Leonard W. Costello, JJ., entered October 20, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 27388-8-II.   Division Two.   March 4, 2003.]

*In the Matter of the Personal Restraint of* GREGORY MICHAEL THOMAS, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-01663-4, Marywave Van Deren, J., entered May 24, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 27572-4-II.   Division Two.   March 4, 2003.]

YUSEPH ZAID SHABAZZ, ET AL., *Plaintiffs,* JOHN ROSS FLEMING, ET AL., *Appellants,* v. TECTON CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-10463-9, Frederick W. Fleming, J., entered July 5, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.